PROVIDED TO TOMOKA
CORRECTIONAL INSTITUTION
ON 7-13-21
FOR MAILING BY CA

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

Orlando Division

Case No: 6:21-cv-140-orl-180CI

Lee F. Adams
  *Plaintiff(s)*
(Write in the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
Please write "see attached" in the space and attach an additional
page with the full list of names.)

v.

M. Todd, R.N., M Thompson L.P.N., Centurion of Florida

  *Defendant(s)*
(Write in the full name of each defendant who is filing this complaint.
If the names of all the defendants cannot fit in the space above,
Please write "see attached" in the space and attach an additional
page with the full list of names. Do not include addresses here)/

2021 JUL 16 PM 2:52  FILED

## AMENDED
## COMPLAINT FOR VIOLATIONS OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievances or witness statements, or any other materials to the Clerk's Office with this compliant.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed informa pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Lee F. Adams |
| All other names by which you have been known: | Lee F. Adams |
| ID Number | 792455 |
| Current Institution | Tomoka Correctional Institution |
| Address | 3950 Tiger Bay Road |
| | Daytona Beach, Florida 32124 |
| | *City          State   Zip Code* |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (*if known*) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | M. Todd, |
| Job or Title (*if known*) | Registered Nurse |
| Shield Number | Unknown |
| Employer | Centurion of Florida |
| Address | 3950 Tiger Bay Road |
| | Daytona Beach, Florida 32124 |
| | *City          State   Zip Code* |
| | ☒ Individual Capacity   ☒ Official Capacity |

Defendant No. 2

| | |
|---|---|
| Name | M Thompson |
| Job or Title (*if known*) | Licensed Practical Nurse |
| Shield Number | Unknown |
| Employer | Centurion of Florida |
| Address | 3950 Tiger Bay Road |
| | Daytona Beach, Florida 32124 |
| | *City          State   Zip Code* |
| | ☒ Individual Capacity   ☒ Official Capacity |

Defendant No. 3
    Name                                 Centurion of Florida
    Job or Title (*if known*)        Medical Provider
    Shield Number              Unknown
    Employer                      Centurion of Florida
    Address                       1203 Governor's Square Blvd. Suite 600
                                      Tallahassee, Florida 32301
                                      *City               State     Zip Code*
                                      ☒ Individual Capacity     ☒ Official Capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state and local officials for the "deprivation of any civil rights, privileges, or immunities secured by the Constitution and [federal laws]". Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (19710, you may sue federal officials for violations of certain constitutional rights.

    **A.**     Are you bringing suit against (*check all that apply*)

            ☐ Federal Officials (a *Bivens* claim)

            ☒ State or Local Officials (a §1983 claim)

    **B.**     Section 1983 allows claims alleging the "deprivation of any civil rights, privileges, or immunities secured by the Constitution and [federal laws]." If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

            <u>Plaintiff's Eight Amendment Right violated</u>

    **C.**     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under section *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

            <u>Defendant(s), all of them, acted with malice and wanton infliction of pain deliberately disregarded Plaintiff's serious medical needs.</u>

    **D.**     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia". 42 U.S.C. § 1983. If you are suing under 1983 explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Prison Status

    Indicate whether you are a prisoner or other confined person as follows (*check all that apply*):

            ☐     Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☒ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other (*explain*) _____

## IV. Statement of Claim

State a briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim ina separate paragraph. Attach additional pages if needed.

**A.** If the events giving rise to your claim arose outside an institution, describe where and when they arose

N/A

**B.** If the events giving rise to your claim arose inside an institution, describe where and when they arose

Tomoka Correctional Institution

**C.** What date and approximate time did the events giving rise to your claim(s) occur?

January 6, 2020

**D.** What are the facts underlying your claim(s)? (*For example: What happened to you? Who did what? Who else saw what happened?*)

1. On January 6, 2020, Plaintiff submitted a sick call request to the medical department, regarding rectal bleeding and severe pain.
2. Plaintiff was seen by sick call nurse Defendant Todd.
3. Defendant Nurse Todd examined Plaintiff and witness lumps as well as bleeding.
4. Plaintiff then requested to see the doctor because he was in excruciating pain.
5. Defendant Nurse Todd told Plaintiff she would not refer him to the Doctor, and she refused to provide him with any over the counter pain medication.
6. Plaintiff upon information and belief Defendant Nurse Todd routinely deny prisoners she believe is homosexual from getting proper medical treatment due to her being a devout Christian.
7. Plaintiff, fearing for his life due to Defendant Nurse Todd being deliberate indifferent to his serious medical need. Contacted a cousin via kiosk and explained to her how Defendant Nurse Todd was acting.

8. Plaintiff cousin Ms. Ella H. Wimes on February 3, 2020 called the warden of Tomoka Correction Institution, and lodged a a formal complaint against Defendant Nurse Todd for depriving Plaintiff of adequate medical treatment.

9. The warden advised Ms. Wimes that her office would contact the medical department about the matter.

10. Plaintiff, on February 7, 2020 received a call out for medical to see the medical about his worsening condition.

11. Defendant Thompson was the nurse who seen Plaintiff this time. Plaintiff then reiterated his medical complaint to Defendant Nurse Thompson all over again.

12. Defendant Thompson made several medical notes in diagnosing Plaintiff. Defendant Nurse Thompson, noted a "growth in Plaintiff's genital area. Defendant Nurse Thompson, then told Plaintiff that there was absolutely nothing he could do about the growth.

13. Defendant Thompson, then made starling statement that the growth derived or developed from sexual-intercourse that was sexually transmitted. Meaning a sexually transmitted disease.

14. Defendant Thompson, went on to say that the chief medical officer would not spend any money on getting him surgery.

15. Defendant Thompson, then asked Plaintiff about his sex life and rather he had sex with another male prisoner. He then said that's how you probably obtained the disease (STD).

16. Plaintiff was embarrassed by these probing statements but managed to say no he hadn't been sexually active with another man.

17. Defendant Thompson, upon hearing Plaintiff's remarks dismissed him, and refused him further treatment. He refused to refer to the Doctor and any lab work.

18. Defendant Thompson, deprived Plaintiff of any over the counter medications for pain, deprive him of seeing a Doctor. Deprived Plaintiff treatment because he felt Plaintiff lied about contracting an STD by having sexual-intercourse with a man.

19. On February 17, 2020 Plaintiff was transferred to Lake Butler Medical Center for an unrelated reason. Plaintiff then sought sick call medical attention.

20. Plaintiff was seen by medical staff at Lake Butler. When Plaintiff explained to medical staff there about his condition, and what Defendant Todd and Thompson said to him. The staff said what they did was unethical and unprofessional.

21. Plaintiff immediately began getting adequate treatment at Lake Butler. And on April 13, 2020 underwent surgery in a mobile surgery center to eliminate the growth.

22. Defendant Centurion was deliberate indifferent to Plaintiff serious medical needs by instructing it's employee's to ignore serious medical problem, by misdiagnosis and negligence.

23. Defendant Centurion created a custom and policy of allowing Doctors and Nurses to deprive prisoners adequate medical attention, when the procedure would cause the company money.

24. Defendant Centurion Inc. custom and policy was a direct cause of Plaintiff's injuries.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

25. <u>Plaintiff, suffered unnecessary pain due to the deliberate indifference of Defendant Todd and Defendant Thompson.</u>

26. <u>Plaintiff suffered intentional emotional distress as a direct result of the negligence of Defendant Todd and Thompson.</u>

27. <u>Plaintiff suffered a permanent injury in the rectum area as a direct result of Defendant Todd and Thompson's negligence. This injury consists of scarring of rectal tissues a permanent disfigurement.</u>

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If you are requesting money damages, include the amounts and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

1. <u>Plaintiff seeks 1.3 Million dollars in Compensatory Damages.</u>
2. <u>Plaintiff seeks 2.3 Million dollars in Punitive Damages.</u>
3. <u>Plaintiff seeks Court Costs.</u>

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The prison Litigation Reform Act (PLRA), 42 U.S.C, § 1997 e (a), requires that "[n]o action shall be brought with respects to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name jail, prison, or other correctional facility where you where confined at the time of the events giving rise to your claim(s)

<u>Tomoka Correctional Institution</u>

**B.** Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

**C.** Does the grievance procedure at the jail, prison, or other correctional facility your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes which claim(s)? <u>All claims</u>

**D.** Did you file a grievance in the jail, prison, or other correctional facility your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

**E.** If you did file a grievance:

1. Where did you file the grievance?

   <u>To the Warden at Tomoka Correctional Institution</u>

2. What did you claim in your grievance?

   <u>Defendants were deliberately indifferent to Medical Needs</u>

3. What was the result, if any?

   <u>Denied</u>

4. What steps, if any, did you take appeal to that decision? Is the grievance procedure complete? If not, explain why. (*Describe all efforts to appeal to the highest level of the grievance process.*)

<u>Appeal to the Office of the Secretary for Florida Department of Corrections</u>

**F.** If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   <u>N/A</u>

2. If you did not file a grievance but you did inform officials of your claim, state who informed, when and how, and their response, if any:

   <u>N/A</u>

**G.** Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

<u>N/A</u>
(*Note: You may attach as exhibits to this complaint any documents related tot the exhaustion of your administrative remedies.*)

## VIII. Previous Lawsuit

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in the federal court without paying the filing fee if that prisoner has "on three prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915 (g)

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

<u>N/A</u>

**A.** Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

**B.** If you answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on an additional page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s)   N/A

   Defendant(s)   N/A

2. Court *(if federal court, name the district; if state court, name the County and State.)*

   N/A

3. Docket or index number

   N/A

4. Name of Judge assigned to your case

   N/A

5. Approximate date of filing lawsuit

   N/A

6. Is the case still pending

   ☐ Yes

   ☒ No

   If no, give the approximate date of disposition.   N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   N/A

**C.** Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☒ Yes

☐ No

**D.** If you answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on an additional page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) Lee F. Adams

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the County and State.)*

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending

   ☐ Yes

   ☒ No

   If no, give the approximate date of disposition. <u>Settled case</u>

7. What was the result of the case? (*For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?*)

   <u>Unknown</u>

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; 92) is supported by existing law or by a nonfrivolous argument for extending, modifying, reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case— related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7/13/2021

Signature of Plaintiff      *Lee F. Adams* (signature)
Printed Name of Plaintiff   <u>Lee F. Adams</u>
Prisoner Identification #   <u>792455</u>
Prison Address              <u>Tomoka Correctional Institution</u>
                            <u>3950 Tiger Bay Road</u>
                            <u>Daytona Beach, Florida 32124</u>
                            *City           State    Zip Code*